## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| IOLA ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| COMMOLOCO, INC. and AMERICAN | ) | CIVIL NO. 2003/0066 |
| GENERAL FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiff Iola Andrews' Appeal of Magistrate Judge's April 10, 2006 Order Denying Plaintiff's Motion to Extend Discovery Deadline.  The Court finds that the Magistrate Judge's Order was neither clearly erroneous nor contrary to law. Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Order Denying Plaintiff's Motion to Extend Discovery Deadline is **AFFIRMED**.


ENTER:


DATE:        February 21, 2008            _____/s/_____
                                          Honorable Raymond L. Finch
                                          District Judge