# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| IOLA ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| COMMOLOCO, INC. and AMERICAN ) | CIVIL NO. 2003/0066 |
| GENERAL FINANCE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Compel Arbitration. On February 21, 2008, this Court affirmed the Magistrate Judge's Order Denying Plaintiff's Motion to Extend Discovery Deadline. With the conclusion of discovery, the Court awaits Plaintiff's response to Defendants' Motion to Compel Arbitration. Accordingly, it is hereby

**ORDERED** that Plaintiff has 20 days from the date of this Order to file any response to the Motion to Compel Arbitration;

that if no response is filed, the Court will consider the matter conceded; and

that Defendants have 20 days from the filing of any response to reply.

ENTER:

DATE:   October 2, 2008          _____/s/_____
                                  Honorable Raymond L. Finch
                                  District Judge